■ NASSAU CHAPTER CIVIL SERVICE EMPLOYEES ASSOCIATION et al., Respondents-Appellants, v COUNTY OF NASSAU et al., Appellants-Respondents. [612 NYS2d 880] —Appeal by the defendants and cross appeal by the plaintiffs from an order of the Supreme Court, Nassau County (Segal, J.), dated May 12, 1992.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Segal in the Supreme Court. Sullivan, J. P., Miller, Joy and Friedmann, JJ., concur. *[See,* 154 Misc 2d 545.]